IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RELONDO MAXWELL, | § | |
| | § | No. 347, 2017 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1609009222 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 21, 2018
Decided: March 26, 2018

Before **VALIHURA**, **SEITZ** and **TRAYNOR**, Justices.

## **O R D E R**

This 26th day of March 2018, after careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of, and for the reasons assigned in, the Superior Court's August 4, 2017 Order denying the appellant's motion for judgment of acquittal.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice

---

[1] *State v. Maxwell*, 2017 WL 3328238 (Del. Super. Ct. Aug. 4, 2017).